UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **EXIMANDA BAXTE** § | |
| § | |
| **Plaintiff** § | |
| § | |
| § | CASE NO. 3:07CV-2036-M |
| **STANLEY D. BROOME, Individually,** § | |
| **MATTHEW W. BOBO, Individually,** § | |
| **BROOME BOBO LLP, and,** § | |
| **HOWIE, BROOME & BOBO, LLP.** § | |
| § | |
| **Defendants.** § | |

## JOINT SETTLEMENT STATUS REPORT

TO THE HONORABLE BARBARA M. G. LYNN

In accordance with the Scheduling Order signed and served on May 8, 2008, Plaintiff Eximanda Baxter and Defendants Stanley D. Broome, Matthew W. Bobo, Broome Bobo, LLP, and Howie, Broome & Bobo, L.L.P. file this their *Joint Settlement Status Report* and would respectfully show the court as follows:

1. Counsel for Plaintiff and Counsel for Defendants have conferred by correspondence regarding settlement in this case; however, the prospect of settlement is unknown at this time as Plaintiff and Defendants did not agree on any settlement terms. No agreement has been reached regarding settlement terms due, in part, to the fact that Plaintiff does not have adequate documentation yet to make a definitive determination as to the monetary extent of her remaining claims.

2. Counsel for Plaintiff is agreeable to have this case be considered for alternative dispute resolution within ninety (90) days from the date of this report and Counsel for Plaintiff

suggests Will Pryor as mediator in this cause. Counsel for Plaintiff entirely disagrees with Defendants' position on damages, set forth in "4" below.

3. Counsel for Plaintiff is willing to have the Magistrate Judge conduct a settlement conference.

4. Counsel for Defendants believes the costs of alternative dispute resolution would far exceed any alleged damages in this case. However, should the Court order alternative dispute resolution, Counsel for Defendants has no objection to Will Pryor as mediator in this cause. Additionally, Counsel for Defendants is willing to have the Magistrate Judge conduct a settlement conference.

5. Counsel for Defendants does not agree with the ninety (90) day time period suggested by Counsel for Plaintiff, as Counsel for Defendants believes additional discovery would be beneficial prior to conducting alternative dispute resolution and has not yet received a statement or demand identifying amounts actually claimed.

Respectfully submitted,

By:        /s/James Albert Jennings
Jamees Albert Jennings
SBN:   10632900
W. Christopher W. Haynes
SBN:   09284100

ERHARD & JENNINGS, P.C.
1601 Elm Street, Suite 4242
Dallas, Texas 75201
(214) 720-4001
FAX: (214) 871-1655

Counsel for Plaintiff Eximanda Baxter

And

By: /s/ Jackson D. Wilson II
Jackson D. Wilson II
SBN: 21740500
Tracy Graves Wolf
SBN: 24004994

GORDON & REES L.L.P.
2100 Ross Avenue, Suite 2800
Dallas, Texas 75201
(214) 231-4660
FAX: (214) 461-4053

Counsel for Defendants, Stanley D. Broome, Matthew W. Bobo, Howie, Broome & Bobo, L.L.P. and Boome Bobo L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered via electronic filing to Mr. Jackson D. Wilson, II, Gordon & Rees LLP, 2100 Ross Avenue, Suite 2800, Dallas, Texas 75201 on July 25, 2008.

/s/ James Albert Jennings
James Albert Jennings