UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXIMANDA BAXTER, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | Case No: 3:07-cv-2036-M |
| STANLEY D. BROOME, Individually, § | |
| MATTHEW W. BOBO, Individually, § | |
| BROOME BOBO LLP, and, § | |
| HOWIE, BROOME & BOBO, LLP § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss [Docket Entry #33]. Having considered the Motion, the Court finds that it should be **GRANTED**.

The Court **ORDERS** that any and all claims by the Plaintiff for attorneys' fees and/or for services rendered in the above-styled federal action are hereby **DISMISSED WITH PREJUDICE**, and the remaining claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 21st day of January, 2009.

*/s/ Barbara M. G. Lynn*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**