UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EXIMANDA BAXTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | Case No: 3:07-cv-2036-M |
| STANLEY D. BROOME, Individually, | § | |
| MATTHEW W. BOBO, Individually, | § | |
| BROOME BOBO LLP, and, | § | |
| HOWIE, BROOME & BOBO, LLP | § | |
| | § | |
| Defendants. | § | |

## AMENDED ORDER TO DISMISS

Before the Court is Plaintiff's Motion to Dismiss [Docket Entry #33]. Having considered the Motion, the Court finds that it should be **GRANTED**, and this Order amends that of January 21, 2009 [Docket Entry #39].

The Court hereby **ORDERS** that any and all claims by the Plaintiff for attorneys' fees and/or for services rendered in this action are **DISMISSED WITH PREJUDICE**. This Order does not prevent Plaintiff from asserting claims for attorneys' fees and/or for services already rendered in the state action between these parties, or from asserting claims for any fees incurred after the dismissal of this action, both of which are matters over which this Court has no jurisdiction. The remaining claims are hereby **DISMISSED WITHOUT PREJUDICE**.

Defendants' request for attorneys' fees and costs incurred in this action is hereby **DENIED**.

**SO ORDERED** this 30th day of January, 2009.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS