UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EXIMANDA BAXTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | Case No: 3:07-cv-2036-M |
| STANLEY D. BROOME, Individually, | § | |
| MATTHEW W. BOBO, Individually, | § | |
| BROOME BOBO LLP, and, | § | |
| HOWIE, BROOME & BOBO, LLP | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Seal Court Records [Docket Entry #43]. Having considered the Motion, the Court finds that it should be **DENIED**. As the Court reads the cited authorities, the requested relief is not appropriate here. If the parties wish to seek different relief or cite different authority, they may do so in subsequent filings.

**SO ORDERED** this 15th day of April, 2009.

*[signature]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**